IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**JASON W. BARNES** **PLAINTIFF**
**ADC #144112**

v. No: 3:21-cv-00022 JM

**DALE COOK,** *et al.* **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 4th day of March, 2021.

_____
UNITED STATES DISTRICT JUDGE